AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-8093MJ |
| Fernando Plascencio-Serrano, | ) | |
| a.k.a.: Fernando Placencia-Serrano, | ) | |
| (A076 634 160) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 21, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Fernando Plascencio-Serrano, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 18, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Caitlin Noel

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Javier M. Leon,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  March 22, 2018

_____
*Judge's signature*

City and state:   Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Javier M. Leon, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 21, 2018, Fernando Plascencio-Serrano was arrested by the Tempe Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Plascencio-Serrano was examined by ICE Officer J. Davis who determined Plascencio-Serrano to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On March 21, 2018, Plascencio-Serrano was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Plascencio-Serrano was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Fernando Plascencio-Serrano to be a citizen of Mexico and a previously deported alien. Plascencio-Serrano was removed from the United States to Mexico at or near Nogales, Arizona, on or about November 18, 2008,

1

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Plascencio-Serrano in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Plascencio-Serrano's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Fernando Plascencio-Serrano was convicted of Possession of Drug Paraphernalia, a felony offense, on or about June 21, 1995, in the Superior Court of Arizona, Maricopa County. Plascencio-Serrano was sentenced to a term of three (3) years' probation. Plascencio-Serrano's criminal history was matched to him by electronic fingerprint comparison.

5. On or about March 21, 2018, Fernando Plascencio-Serrano was advised of his constitutional rights. Plascencio-Serrano freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about March 21, 2018, Fernando Plascencio-Serrano, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

to Mexico at or near Nogales, Arizona, on or about November 18, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Javier M. Leon,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 22nd day of March, 2018.

John Z. Boyle,
United States Magistrate Judge

3